# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON GRISOFF,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | |
| | : | **NO. 21-4770** |
| **SEAWORLD PARKS & ENTERTAINMENT LLC, d/b/a SESAME PLACE,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW, TO WIT:** This 27th day of September, 2022, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Clerk of Court is directed to mark this case closed.

GEORGE WYLESOL
Clerk of Court

**BY:**

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy Clerk**
To Hon. Mitchell S. Goldberg